# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| STACI L. RUDERSDORF,<br><br>        Plaintiff,<br>v.<br><br>FIRST CHOICE LOGISTICS, INC., and<br>KURT W. SERAMA, d/b/a KWS<br>TRANSPORT,<br><br>        Defendants. | Case No. 16-CV-336-JPS<br><br><br><br>**ORDER** |

On February 9, 2017, the parties engaged in mediation before Magistrate Judge Nancy Joseph. (Docket #46). Magistrate Joseph reports that the parties have reached a resolution of all of Plaintiff's claims. *Id.* In light of the parties' settlement, the Court will vacate the trial date, the final pretrial conference, and the other pretrial deadlines. All that remains is for the parties to file a joint stipulation of dismissal. The Court directs the parties to file a joint stipulation for dismissal of this action no later than April 10, 2017. If such a stipulation is not filed, the Court will dismiss the action with prejudice for failure to prosecute. *See* Civ. L. R. 41(c).

Accordingly,

**IT IS ORDERED** that the final pretrial conference, set for May 16, 2017, the jury trial, set for May 22, 2017, and the other pretrial deadlines in this matter be and the same are hereby **VACATED**; and

**IT IS FURTHER ORDERED** that the parties shall file a joint stipulation of dismissal of this action on or before **April 10, 2017**.

Dated at Milwaukee, Wisconsin, this 13th day of February, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge