# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

STACI L. RUDERSDORF,

                    Plaintiff,

v.                                                          Case No. 16-CV-336-JPS

FIRST CHOICE LOGISTICS, INC., ACE
AMERICAN INSURANCE COMPANY,
and KURT W. SERAMA,

                    Defendants.                                    **ORDER**

---

On February 24, 2017, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs assessed to any party. (Docket #49). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #49) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 22nd day of March, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge